UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

TAVIA WAGNER,   CASE No.: 6:25-cv-01800-JSS-LHP
    Plaintiff,

vs.

PORT ORANGE 201, LLC, and
JOEY'S PIZZA VENTURES, LLC,
d/b/a JOJO'S TASTE OF CHICAGO,
    Defendants.
_____/

**NOTICE OF SETTLEMENT**

Plaintiff, Tavia Wagner, by and through the undersigned counsel, hereby notifies the Court that Plaintiff and Defendants, Port Orange 201, LLC and Joey's Pizza Ventures, LLC d/b/a JoJo's Taste of Chicago, have resolved the matters in controversy in this action between them. It is requested that the case be dismissed with prejudice.

**Dated December 18, 2025.**

    By: /s/ Anthony T. Litsch III
    Anthony T. Litsch III
    Physical Address
    328 N. Ridgewood Avenue, Suite #9
    Edgewater, FL 32132
    Mailing Address
    301 Mission Drive #1241 (must include #)
    New Smyrna Beach, FL 32168
    Phone: (386) 409-7252
    Email: bb_litsch4@att.net
    Email: anthonytlitschiii@gmail.com
    Florida Bar #0084437
    Attorney for Plaintiff

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on December 18, 2025, the foregoing document was electronically filed with the Clerk of the Court by using the CM/ECF system which will send a notice of electronic filing to counsel of record. Service will be made by other means to any party not signed up with the CM / ECF system.

By: /s/ Anthony T. Litsch III
Anthony T. Litsch III
Physical Address
328 N. Ridgewood Avenue, Suite #9
Edgewater, FL 32132
Mailing Address
301 Mission Drive #1241 (must include #)
New Smyrna Beach, FL 32168
Phone: (386) 409-7252
Email: bb_litsch4@att.net
Email: anthonytlitschiii@gmail.com
Florida Bar #0084437
Attorney for Plaintiff
